UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                                              Case No. 5:00 -cr-28-OC-28KRS

**TERRY WAYNE ALLEN,**

      **Defendant.**

_____

## ORDER

This case is before the Court on Motion for Return of Seized Property and/or Motion for Recovery of Damages (Doc. 333, filed June 24, 2005); Motion for Return of Forfeited Property (Doc. 335, filed July 11, 2005); Motion for Relief of Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. 339, filed November 23, 2005); Motion for Relief of Judgment pursuant to Fed. R. Civ. P. 60(B), Section 3 (Doc. 342, filed January 12, 2006); and Motion of Defendant Terry Wayne Allen to Vacate Preliminary Order of Forfeiture (Doc. 344, filed February 24, 2006). The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 7, 2006 (Doc. No. 350) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The pending motions, Motion for Return of Seized Property and/or Motion for Recovery of Damages (Doc. 333); Motion for Return of Forfeited Property (Doc. 335) Motion for Relief of Judgment Pursuant to Fed. R. Civ. P. Rule 60(b) (Doc. 339); Motion for Relief of Judgment Pursuant to Fed. R. Civ. P. 60(B), Section 3 (Doc. 342); and Motion of Defendant Terry Wayne Allen to Vacate, Pursuant to Fed. R. Civ. P. Rule 60(b)(4), Preliminary Order of Forfeiture Entered by this Court on February 27, 2003 (Doc. 344), are **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Parties